NATHANIEL R. HARBACK, impleaded with David R. Griggs and Aaron D. Weld, plaintiff in error, *v* HEZEKIAH H. GEAR, defendant in error.

### *Error to Jo Daviess.*

PER CURIAM. This is the same case as the one just decided, of *Griggs, Weld* and *Harback* v. *Gear,* and the same judgment will be entered as in that. That case was brought up by appeal, and this is a similar case brought up by Harback on writ of error, he not having been a party to the appeal.

*Decree reversed.*